IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01937-NRN

ENGER GABRIEL GOMEZ,

      Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director of Enforcement and Removal
Operations, Denver Field Office, Immigration and Customs Enforcement, in his official
capacity;
MARKWAYNE MULLIN, Secretary, Department of Homeland Security, in his official
capacity;
TODD BLANCHE, Acting U.S. Attorney General, in his official capacity;
JUAN BALTASAR, Warden of the Denver Contract Facility, in his official capacity;
U.S. DEPARTMENT OF HOMELAND SECURITY;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

      Respondents.

---

## ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

      Before the Court is Petitioner's Petition for Writ of Habeas Corpus. ECF No. 1.
Having reviewed the Petition, the Court ORDERS Petitioner to, no later than May 13,
2026, (1) serve Respondents with a copy of the Petition and accompanying papers,
along with a copy of this Order, by e-mail and by overnight mail, and (2) promptly file
proof of such service on the docket. Counsel for Respondents shall promptly enter
notices of appearance. Within three calendar days of service, Respondents are
ORDERED TO RESPOND to the Petition and are ORDERED TO SHOW CAUSE as to
why the Petition should not be granted.

      Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and in order to preserve the
Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of
Colorado or the United States unless or until this Court or the Court of Appeals for the
Tenth Circuit vacates this Order. *See also Vizguerra-Ramirez v. Choate*, et. al, Case
No. 1:25-cv-881, D. Colo., ECF No. 11 at 45 (collecting cases); *F.T.C. v. Dean Foods
Co.*, 384 U.S. 597, 603 (1966); *Local 1814, Int'l Longshoremen's Ass'n v. New York
Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992).

It is further ORDERED that within three calendar days of service, the parties shall complete and file the Consent/Non-Consent Form (ECF No. 3) indicating either the unanimous consent of the parties or that consent has been declined.

Date: May 7, 2026 _____